IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02060-BNB

DONNA EVANS, and
JOSEPH SHADOWENS,

      Petitioners,

v.

DEPARTMENT OF HOMELAND SECURITY,
(LOCAL POLICE),
(COUNTY SHERIFF),
ALL LAW ENFORCEMENT CO. & OTHERWISE,
LITTLETON FEDERAL CORRECTIONS (ANY MENTAL HEALTH FACILITY),
ALL DENVER AREA FACILITIES,
ALL CSC AND SURROUNDING FACILITIES,
EL PASO CO, and
ALL OTHER FEDERAL & LOCAL FACILITIES,

      Respondents.

ORDER OF DISMISSAL

      Donna Evans, who lists herself as a Petitioner, initiated this action by filing a Petition for Writ of Habeas Corpus seeking relief for Joseph Shadowens, an inmate at the Federal Correctional Institution in Englewood, Colorado, also named as a Petitioner, from his allegedly unlawful incarceration.  On August 8, 2012, Magistrate Judge Boyd N. Boland entered an order advising Ms. Evans that she is not a proper Petitioner, directing Ms. Evans to show cause why she should be allowed to prosecute this action as next friend to Mr. Shadowens, and directing Petitioner to cure certain deficiencies. Magistrate Judge Boland warned Ms. Evans and Mr. Shadowens that the action would be dismissed without further notice if either the deficiencies were not cured or good

cause was not shown within thirty days.

Neither Ms. Evans nor Mr. Shadowens has responded to Magistrate Judge Boland's August 8 order in any way.  Therefore, the action will be dismissed without prejudice for failure to prosecute and to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If either Ms. Evans or Mr. Shadowens files a notice of appeal he or she also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   14th   day of    September   , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court