IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02060-LTB

DONNA EVANS, and
JOSEPH SHADOWENS,

    Petitioners,

v.

DEPARTMENT OF HOMELAND SECURITY,
(LOCAL POLICE),
(COUNTY SHERIFF),
ALL LAW ENFORCEMENT CO. & OTHERWISE,
LITTLETON FEDERAL CORRECTIONS (ANY MENTAL HEALTH FACILITY),
ALL DENVER AREA FACILITIES,
ALL CSC AND SURROUNDING FACILITIES,
EL PASO CO, and
ALL OTHER FEDERAL & LOCAL FACILITIES,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 14, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Petitioners.

    DATED at Denver, Colorado, this 14 day of September, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/L. Gianelli
        Deputy Clerk